Name, Address, Telephone No. & I.D. No.

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re

Debtor.

BANKRUPTCY NO.

Moving Party

RS NO.

Respondent(s)

Order Entered on September 28, 2009 by Clerk U.S. Bankruptcy Court Southern District of California

## ORDER ON NONCONTESTED MOTION FOR RELIEF FROM AUTOMATIC STAY
☐ REAL PROPERTY    ☐ PERSONAL PROPERTY

IT IS ORDERED THAT the relief sought as set forth on the continuation pages attached and numbered two (2) through _____ with exhibits, if any, for a total of _____ pages, is granted. Motion Docket Entry No. _____

//

//

//

//

DATED: September 25, 2009

Judge, United States Bankruptcy Court

Signature by the attorney constitutes a certification under Fed. R. of Bankr. P. 9011 that the relief in the order is the relief granted by the court.

Submitted by:

_____
(Firm name)

By: _____
    Attorney for Movant

CSD 1162

ORDER ON NON-CONTESTED MOTION FOR RELIEF FROM AUTOMATIC STAY ON REAL OR PERSONAL PROPERTY
DEBTOR:                                                                CASE NO:
                                                                       RS NO.:

The Motion of _____,

("Movant"), for relief from the automatic stay having been filed with the above-entitled court on _____, and

The Notice of Filing of a Motion for Relief from Automatic Stay (a file-stamped copy of which is attached hereto as Exhibit A OR Notice Docket Entry No._____, if filed electronically), the Motion, and accompanying Declarations having been served upon the parties named below on _____, and

☐ Debtor *(Name)*:

☐ Debtor's Attorney *(Name)*:

☐ Trustee *(Name)*:

☐ United States Trustee (in Chapter 11 & 12 cases), and

☐ Others, if any *(Name)*:

No objection or Request for Hearing having been filed by or on behalf of the Debtor, IT IS HEREBY ORDERED as follows:

The automatic stay pursuant to 11 U.S.C. Section 362 is hereby terminated for all purposes as to Movant in connection with the estate's and the debtor's interest in

1. ☐    The following real property:

   a.   Street address of the property including county and state:

   b.   Legal description is ☐ attached as Exhibit B or ☐ described below:

2. ☐    The following personal property as described ☐ below or ☐ in Exhibit B attached:

IT IS FURTHER ORDERED that *(Optional)*:

CSD 1162

*Signed by Judge Laura Stuart Taylor September 25, 2009*

Order No. 05-2486364

# EXHIBIT "ONE"

A Condominium Comprised Of:

Parcel No. 1:

Unit No. 62 (The "Unit") as shown and described in the Condominium Plan for Phase 4 ("Plan") for portions of Parcels 4 and 5 on Parcel Map No. 17924, in the City of San Diego, County of San Diego, State of California on October 24, 1997, which Plan was recorded on April 9, 1998 as File No. 1998-0123997 and re-recorded April 22, 1999 as File No. 1999-0270476, both in Official Records.

Excepting therefrom all oil rights, mineral rights, natural gas rights and rights to all other hydrocarbons by whatsoever name known, to all geothermal heat and to all products derived from any of the foregoing (collectively, "subsurface resources"), also excepting therefrom the perpetual right to drill, mine, explore and operate for and to produce, store and remove any of the subsurface resources on or from said real property, including the right to whipstock or directionally drill and mine from lands other than said real property, wells, tunnels and shafts into, through or across the subsurface of said real property, and to bottom such whipstocked or directionally drilled wells, tunnels and shafts within or beyond the exterior limits of said real property, and to redrill, retunnel, equip, maintain, repair, deepen and operate any such wells or mines, but without the right to drill, mine, explore, operate, produce, store or remove any of the subsurface resources through or in the surface or the upper five hundred fifty (550') of the subsurface of said real property.

Parcel No. 2:

An undivided one-thirty-second (1/32nd) fee simple interest as a tenant in common in and to the Common Area described in the Plan, which encumbers Parcels 4 and 5, as shown on Parcel Map No. 17924, in the City of San Diego, County of San Diego, State of California on October 24, 1997.

Parcel No. 3:

Nonexclusive easement for access, ingress, egress, use, enjoyment, drainage, encroachment, support, maintenance, repairs and for other purposes, all as may be shown in the Plan, and as are described in the Declaration.

Parcel No. 4 (as Applicable):

Exclusive easements appurtenant to Parcels No. 1 and No. 2 described above, for yard purposes, shown and assigned in the Plan and defined as an Exclusive Use Area in the Declaration.

Assessor's Parcel No: 304-061-64-24